# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RICHARD KELLEY** and **UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellants,

v.

**WALLACE MCKENNA,**
Appellee.

No. 4D18-771

[May 9, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE14-004398 (09).

Elizabeth K. Russo and Paulo R. Lima of Russo Appellate Firm, P.A., Miami, and Walton Lantaff Schroeder & Carson, LLP, Fort Lauderdale, for appellants.

Ben Murphey of Lawlor White & Murphey, LLP, Fort Lauderdale, and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***